[No. 34426-9-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
MONTGOMERY DYER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00489-0, JoAnne Alumbaugh, J., entered
April 8, 1994. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Baker, C.J., and Webster, J.


[No. 36373-5-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DIMICHO
ALBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07304-1, Marilyn R. Sellers, J., entered
March 7, 1995. *Reversed* by unpublished per curiam
opinion.


[No. 36409-0-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
JAMES CONKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00379-4, Carmen Otero, J., entered
March 10, 1995. *Affirmed in part* and *reversed in part* by
unpublished opinion per Becker, J., concurred in by
Kennedy, A.C.J., and Ellington, J.


[No. 36530-4-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. RAUL
ALVAREZ-MEJIA, *Respondent*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 94-1-00452-1, Stanley K. Bruhn, J., entered
April 6, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker, C.J., and Grosse, J.